UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Moreno,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Petroleum Sales, Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 3:14-CV-03916-MEJ<br><br>**NOTICE OF DISMISSAL & ORDER THEREON** |

## **ORDER**

　　Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed without prejudice.

Dated: 9/19/2014

　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Maria-Elena James*
(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

---

Notice for Dismissal　　　　Case: 3:14-CV-03916-MEJ